UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILFRID JOSUE ALPHONSE ONGAGOU,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | NO. CV-09-273-EFS<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

    On September 3, 2009, Plaintiff filed a Complaint alleging that he was wrongfully denied a United States passport. (Ct. Rec. 1.) In that Complaint, Plaintiff alleged that this Court has jurisdiction over his claim under 28 U.S.C. § 2201. On November 2, 2009, Defendants moved to dismiss on the basis that the statutory provision Plaintiff cited for jurisdiction does not confer jurisdiction where none otherwise exists. (Ct. Rec. 5.) Subsequently, on November 11, 2009, Plaintiff filed an Amended Complaint. (Ct. Rec. 8.) In the amended complaint, he cited 28 U.S.C. §§ 1331, 1346(a)(2), 2201 as the bases for jurisdiction. Because Plaintiff's Amended Complaint presents a federal question and the United States is a Defendant, the Court finds that it has jurisdiction over this case. *See* 28 U.S.C. §§ 1331, 1346(a)(2).

ORDER * 1

Accordingly, **IT IS HEREBY ORDERED:** Defendants' Motion to Dismiss **(Ct. Rec. 5)** is **DENIED**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this  17th   day of December 2009.


                         s/Edward F. Shea
                         EDWARD F. SHEA
                  UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\273.dism.wpd

ORDER * 2