UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILFRED JOSUE ALPHONSE ONGAGOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE; UNITED STATES DEPARTMENT OF STATE; and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | NO. CV-09-273-EFS<br><br>**ORDER OF DISMISSAL** |

　　By Stipulation filed February 10, 2010 (Ct. Rec. 12), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees under Federal Rule of Civil Procedure 41.

　　Therefore, **IT IS ORDERED**:

　　1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

　　2. All pending trial and hearing dates are stricken;

　　3. All pending motions are denied as moot; and

ORDER * 1

1    4. This file shall be closed.

2    **IT IS SO ORDERED**. The District Court Executive is directed to enter

3    this Order and distribute copies to counsel.

4    **DATED** this 10th day of February 2010.

5

6                            s/Edward F. Shea
                             EDWARD F. SHEA
7                       United States District Judge

8    Q:\Civil\2009\273.Stip.Dismiss.wpd

ORDER * 2